JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONWAY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF PALM DESERT, a municipal corporation; THE COUNTY OF RIVERSIDE, a public entity; ESTEBAN MOLINA, an individual; GARRET JUDGE, an individual; JOE RUIZ, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 5:21-cv-01144 SPG (SPx)<br><br>**JUDGMENT** |

    On July 25, 2023, the Court granted Defendants County of Riverside, Esteban Molina, Garret Judge, and Joe Ruiz's Motion for Entry of Judgment and City of Palm Desert's Motion to Dismiss with prejudice. (ECF Nos. 67, 83)

    The Court now enters Final Judgment in favor of Defendants County of Riverside, Esteban Molina, Garret Judge, Joe Ruiz, and City of Palm Desert.

    **IT IS SO ORDERED**.

Dated: August 4, 2023

                                                HON. SHERILYN PEACE GARNETT
                                                UNITED STATES DISTRICT JUDGE